Dismissed and Memorandum Opinion filed September 6, 2007








Dismissed
and Memorandum Opinion filed September 6, 2007.

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-07-00383-CV

____________

 

REGINALD BAILEY, AS ADMINISTRATOR
OF THE ESTATE OF SHERYL ENGLISH,
and JOSEPH M. HILL, AS TRUSTEE OF THE BANKRUPTCY ESTATE OF SHERYL ENGLISH, Appellants

 

V.

 

BARNHART INTERESTS, INC., L. IRVIN BARNHART, and PAUL
F. BARNHART, JR., Appellees

 



 

On Appeal from the
295th District Court

Harris County,
Texas

Trial Court Cause
No. 2003-27569

 



 

M E M O R A N D U M   O P I N I O N








This is
an appeal from an interlocutory summary judgment order signed February 14,
2007.  On August 21, 2007, the court issued a letter to the parties, advising
that the order appealed was not a final, appealable judgment, and that the
appeal would be dismissed for want of jurisdiction unless any party filed a
response on or before August 30, 2007, showing that the court has
jurisdiction.  On August 30, 2007, appellants filed a motion for voluntary
dismissal of the appeal because the order appealed remains interlocutory.  We
grant appellants= motion.

Accordingly,
the appeal is ordered dismissed.

 

PER
CURIAM

 

Judgment rendered and Memorandum Opinion filed
September 6, 2007.

Panel consists of Justices Yates, Fowler, and Guzman.